# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | | |
|---|---|---|
| REGINALD RICE, | ) | |
|     Petitioner, | ) | |
| v. | ) | Nos. 2:01-cr-30-02, 2:17-cv-16 |
| | ) | Judge Jordan |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | |

## MOTION FOR EXTENSION

The United States of America requests a seven-day extension in which to respond to petitioner's supplemental motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (R. 103, Supplement.) This Court previously ordered the United States to respond by May 31, 2017. (R. 102, Order.)

The undersigned attorney, who is preparing the government's response, will be unable to finish and file it by that deadline, due to a heavy caseload and time constraints on other matters. For example, in the past two weeks, the undersigned has written or substantially edited 71 other responses, in addition to editing two appellate briefs. Accordingly, the United States respectfully requests a seven-day extension of time, until June 7, 2017, in which to file its response.

    Respectfully submitted,

    Nancy Stallard Harr
    United States Attorney

    *s/ Debra A. Breneman*
    Debra A. Breneman
    Assistant United States Attorney

# CERTIFICATE OF SERVICE

I certify that on May 31, 2017, this motion was filed electronically, and a true copy was sent by operation of the Court's electronic filing system to all parties listed on the electronic filing receipt, including counsel for petitioner.

                                                 *s/ Debra A. Breneman*
                                                 Debra A. Breneman
                                                 Assistant United States Attorney