UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:01-CR-030 |
| | ) |
| REGINALD RICE | ) |

### **O R D E R**

This criminal case is before the Court on the defendant's *pro* motion for early termination of supervised release. [Doc. 120]. In December 2001, the Honorable Thomas G. Hull sentenced the defendant to a term of imprisonment of 262 months, to be followed by six years of supervised release, for a cocaine base offense. The defendant was released from Bureau of Prisons custody on October 31, 2019, and thus has completed less than 19 months of his 72-month supervision term.

The Court has considered the pertinent 18 U.S.C. § 3553(a) factors as directed by 18 U.S.C. § 3583(e). The Court has also familiarized itself with the defendant's Presentence Investigation Report and his Bureau of Prisons SENTRY Report.

It is the general practice of this Court not to consider motions for early termination until at least one half of the supervision term has been completed. The Court will adhere to that practice in this case, particularly in light of the defendant's criminal history and the disciplinary sanction he received for use of marijuana while in Bureau of Prisons custody.

The Court concludes that terminating the defendant's supervised release at this time would create unwarranted sentencing disparity and would not ensure adequate deterrence

to this offender or to others. *See* 18 U.S.C. § 3553(a)(2)(B), (6). While the Court is impressed with the post-incarceration accomplishments cited in the defendant's motion, that motion [doc. 120] must nonetheless be **DENIED WITH LEAVE TO RENEW** upon completion of one half of the supervision term.

    **IT IS SO ORDERED.**

    ENTER:

    s/ Leon Jordan
    United States District Judge