UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:01-CR-030 |
| ) | |
| REGINALD RICE ) | |

# **O R D E R**

This criminal case is before the Court on the defendant's renewed *pro* motion for early termination of supervised release. [Doc. 122]. In December 2001, the Honorable Thomas G. Hull sentenced the defendant to a term of imprisonment of 262 months, to be followed by six years of supervised release, for a cocaine base offense. The defendant was released from Bureau of Prisons custody on October 31, 2019. *See* Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited Nov. 22, 2022).

The Court has consulted with the United States Attorney's Office and this district's United States Probation Office. Neither opposes early termination of the defendant's supervision at this time.

The Court has carefully considered the defendant's request. It appears that the defendant has complied with the rules and conditions of his supervision and has achieved all supervision objectives.

The defendant's motion [doc. 122] is accordingly **GRANTED**, and it is hereby ordered that he be discharged from supervision.

Dated this 29th day of November, 2022.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge